**No. 53937.**—Artgift Corp. et al. *v.* United States, protests 151273–K, etc. (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 18, 1950

**No. 53938.**—The Frank Tea & Spice Co. *v.* United States, protest 121983–K (Cleveland).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

**No. 53939.**—Inter-Ocean Forwarding Co., Inc. *v.* United States, protests 134562–K and 148499–K (New York).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

**No. 53940.**—Frank Tea & Spice Co. *v.* United States, protests 136035–K and 136036–K (Philadelphia).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 19, 1950

**No. 53941.**—Anthony B. Bowers *v.* United States, petition 6709–R (New Orleans).

Opinion by COLE, J. From the testimony it appeared that the petitioner's errors in preparing the entry were caused by inexperience rather than by an attempt to defraud the revenue. It was held that the entry of the merchandise at a less value than that found by the appraiser was without any intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case